# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *IN RE:*<br>*IRVING ALBERTO TORRES FIGUEROA* | *CASE NO. 13-10405*<br><br>*CHAPTER 13* |
| *DEBTOR (S)* | |

### Notice of MOTION FOR VOLUNTARY DISMISSAL FOR CAUSE

TO THE HONORABLE COURT:

Now comes debtors through the undersigned attorney and very respectfully pray and state as follows:

1. In the above captioned case  pursuant to 11 U.S.C. section 1307 Debtor hereby elects to REQUEST FOR VOLUNTARY DISMISSAL OF  the above captioned chapter case.

2. Debtor  has  been designated to to serve a sentence  at Wlliamsburg  Satellite Camp Prison, WILLIAMSBURG ,SOUTH  CAROLINA.

3. Thus, Debtor  is unable to cooperate or participate in bankruptcy proceedings.

4. Debtor does not want to continue under the protection of the bankruptcy code.

WHEREFORE debtor gives  Notice to  the Court of the  voluntary dismissal of this  case, with any other relief Court understands proper.

RESPECTFULLY SUBMITTED.

. In Mayaguez, Puerto Rico, this Friday, May 16, 2014.

1

/s/MIRIAM S. LOZADA RAMIREZ

740 AVE HOSTOS

COND. MEDICAL CENTER PLAZA

Suite No. 211

Mayagüez, PR  00682

Tel(787) 834-3004

Fax(787)986-7346

miriamlozada@gmail.com

POSTAL ADRESS:

URB PASEO LOS ROBLES

3020 JOSE MONGE

MAYAGUEZ,PR 00682

<u>CERTIFICATE OF SERVICE</u>

I herby certify that on this same date I electronically filed the above document with the Clerk of the Court using ECF systems which sent a notification of such filing to al those who have registered for receipt of notice by electronic mail. I further certify  that I have served  to the US Trustee, ustpregion21.hr.ecf@usdoj.gov and to standing chapter 13 truste Alejandro Oliveras Rivera and by depositing  true and exact copies thereof in the United States mail; postage prepaid  to the non CM/ECF  participants, as per master address list to all parties  in interest  to their address of record.

In Mayaguez, for San Juan, Puerto Rico Friday, May 16, 2014.

/S/MIRIAM S. LOZADA RAMÍREZ

ATTORNEY FOR DEBTOR