IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 13-10405 EAG

IRVING ALBERTO TORRES FIGUEROA

Chapter 13

XXX-XX-0038

FILED & ENTERED ON 5/19/2014

Debtor(s)

ORDER DISMISSING CASE

    Upon the application for voluntary dismissal filed by the debtor(s) (see docket entry #22), it is now

    ORDERED, ADJUDGED and DECREED that the instant case be and is hereby dismissed; and it is further

    ORDERED, ADJUDGED and DECREED that the Clerk closes any contested matter or adversary proceeding pending in the instant case.

    SO ORDERED.

    Ponce, Puerto Rico, this 19 day of May, 2014.

*/s/ Edward A. Godoy*
Edward A Godoy
U. S. Bankruptcy Judge

C:    All creditors
    F/up